IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03123-BNB

LARRY JACK MORSE,

     Petitioner,

v.

STATE OF COLORADO,

     Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     Plaintiff has filed a Letter with the Court [Doc. # 4] requesting that the Court provide him with copies of the forms needed to cure the deficiencies specified in the November 19, 2013 Order [Doc. # 3]. Accordingly, the clerk of the court is directed to mail to Plaintiff copies of the forms for filing an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

     Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies as directed in the November 19, 2013 Order.

Dated: December 4, 2013